# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | CASE NO. 1:06-cv-01125-AWI-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Shon Moore ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 24, 2006. The Court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983: against L. Grimes, W. Leyder, R. Meyers, D. Albo, B. Williamson, Trevino, and Adams for use of excessive physical force, in violation of the Eighth Amendment; and against the County of Kern and the Kern County Sheriff's Department for unconstitutional policies and/or customs, which resulted in violation of the Eighth Amendment.

Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    C/O L. GRIMES

    C/O W. LEYDER

    C/O R. MEYERS

    C/O D. ALBO

    C/O B. WILLIAMSON

    C/O TREVINO

    C/O ADAMS

    THE COUNTY OF KERN

    THE KERN COUNTY SHERIFF'S DEPARTMENT

2.  The Clerk of the Court shall send plaintiff nine (9) USM-285 forms, nine (9) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 24, 2006.

3.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

 a.  Completed summons;

 b.  One completed USM-285 form for each defendant listed above; and

 c.  Ten (10) copies of the endorsed complaint filed August 24, 2006.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

 **Dated: July 16, 2008**      /s/ **Gary S. Austin**
                  UNITED STATES MAGISTRATE JUDGE