IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON MOORE, | 1:06-cv-01125-AWI-GSA (PC) |
|     Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
|     vs. | |
| COUNTY OF KERN, et al., | (DOCUMENT #15) |
|     Defendants. | 60-DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 21, 2008, plaintiff filed a motion to extend time to file his opposition to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted sixty (60) days from the date of service of this order in which to file an opposition to the motion to dismiss filed by defendants on October 24, 2008.

    IT IS SO ORDERED.

Dated: **January 8, 2009**           **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE