# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON MOORE, | 1:06-cv-01125-AWI-GSA-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR FOR MORE DEFINITE STATEMENT WITHIN THIRTY DAYS |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | (Doc. 14.) |

On October 24, 2008, Defendants filed a motion to dismiss this action and/or for a more definite statement. (Doc. 14.) Pursuant to Local Rule 78-230(m), Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days. On November 21, 2008, plaintiff requested an extension of time, and the court granted plaintiff an extension of time until March 12, 2009, to file the opposition or statement of non-opposition. (Docs. 15, 28.) To date, plaintiff has not filed either document or otherwise responded to the court's order.

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion to dismiss and/or motion for a more definite statement. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated: **March 26, 2009**         **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE